UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA M. PEREZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a Delaware corporation; VITAS HEALTHCARE CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  2:16-cv-01681 DSF (AJWx)<br><br>**PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION AND DOCUMENTS**<br><br>Judge:　Hon. Dale S. Fisher<br>Ctrm:　840<br><br>Judge:　Hon. Andrew J. Wistrich<br>Ctrm:　690<br><br>**State Court Case No: BC608926**<br><br>**Complaint Filed: February 3, 2016** |

　　　Having considered the Parties' Joint Stipulation and [Proposed] Protective Order Re: Confidential Information and Documents in this matter,

　　　IT IS HEREBY ORDERED that the Parties' Joint Stipulation and [Proposed] Protective Order Re: Confidential Information and Documents be entered.

**IT IS SO ORDERED.**

DATED: September 12, 2016　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Andrew J. Wistrich