JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA M. PEREZ, | Case No.: CV 16-1681 DSF (AJWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| VITAS HEALTHCARE CORPORATION OF CALIFORNIA, et al., | |
| Defendants. | |

The Court having granted defendants' motion for summary judgment, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: March 29, 2017

_____
Dale S. Fischer
United States District Judge